**KAUFMAN, SEMERARO, BERN, DEUTSCH & LEIBMAN, LLP**
Marc E. Leibman
Two Executive Drive, Suite 530
Fort Lee, New Jersey 07024
(201) 947-8855
Attorney for Defendant Hong G. Cho

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>Vs.<br><br>HONG G. CHO,<br><br>*Defendant* | CRIMINAL<br><br>Docket No.: 12-cr-320 (SDW)<br><br><br><u>ORDER EXTENDING DATE FOR<br>SELF SURRENDER</u> |

This matter having come before the Court on application of Defendant Hong G. Cho by Marc E. Leibman, Esq., of Kaufman, Semeraro, Bern, Deutsch & Leibman, LLP and consent to the entry of the Order having been given by Anthony Moscato, AUSA, for an Order granting an extension of Defendant's self-surrender date to February 28, 2013;

IT IS THEREFORE, on this 27th day of December 2012,

ORDERED that the Defendant's self surrender date be extended from December 31, 2012 to ~~February 28~~ January 15, 2013; and it is further,

~~FURTHER ORDERED that a copy of this Order be served upon all Parties with ____ days of its entry.~~

*/s/ Susan D. Wigenton*
HONORABLE SUSAN D. WIGENTON, U.S.D.J.